AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SAND, LEONARD B | U.S. DISTRICT COURT: SDNY | ~~06/15/2007~~ 5/21/67 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE , *Senior* | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE 500 PEARL STREET, ROOM 1650 NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ████TRUST #2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2007 MAY 29 A 10: 37 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | ~~06/15/2007~~ 5/21/67 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | TEACHING SALARY - UNIVERSITY (NYU) | $ 10,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | ~~06/15/2007~~ 5/21/07 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | ~~06/13/2007~~ 5/21/67 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | B | Dividend | M | T | PARTIAL SALE | 6/21 | K | D | |
| 3. BP AMOCO PLC COMMON STOCK | D | Dividend | M | T | | | | | |
| 4. SAFETY KLEEN CORP COMMON STOCK | | None | J | T | | | | | |
| 5. NIKE INC COMMON STOCK | A | Dividend | L | T | | | | | |
| 6. COMMERCIAL METALS COMMON STOCK | B | Dividend | N | T | | | | | |
| 7. STRYKER CORP COMMON STOCK | B | Dividend | O | T | | | | | |
| 8. MAYTAG COMMON STOCK | A | Dividend | | | SOLD | 4/4 | J | A | |
| 9. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 11. KIMBERLY CLARK COMMON STOCK | B | Dividend | L | T | | | | | |
| 12. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. JP MORGAN CHASE & CO COMMON STOCK | B | Dividend | K | T | | | | | |
| 15. ALLTELL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. NYS DORM AU RVS CITY U MUNI BOND | A | Interest | J | T | | | | | |
| 17. NYC TRANS FIN AUTH SR B MUNI BD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| SAND, LEONARD B | | 06/15/2007  5/21/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PHELPS DODGE CORP COMMON STOCK | A | Dividend | | | SOLD | 2/21 | J | D | |
| 19. LIVONIA NY C/S/D G/O MUNI BOND | A | Interest | K | T | | | | | |
| 20. NASSAU CTY SER N MUNI BOND | A | Interest | J | T | | | | | |
| 21. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |
| 22. NEW YORK STATE DORM AU MUNI BOND | A | Interest | K | T | | | | | |
| 23. PORT AUTH NY & NJ MUNI BOND | A | Interest | J | T | | | | | |
| 24. NEW YORK NY G/O SER C MUNI BOND | A | Interest | K | T | | | | | |
| 25. AMAZON.COM CORPORATE BOND | A | Interest | K | T | | | | | |
| 26. AMAZON.COM CORPORATE BOND | A | Interest | K | T | | | | | |
| 27. SANDS POINT NY RFDG MUNI BOND | A | Interest | | | REDEEMED | 7/15 | K | B | |
| 28. NYS DORM AUTH HOPS BRONX LEBANON MUNI BOND | A | Interest | J | T | | | | | |
| 29. NYC MUNI ASSIST CORP MUNI BOND | A | Interest | K | T | | | | | |
| 30. LONG ISLAND PWR AUTH NY ELEC SYS MUNI BOND | C | Interest | L | T | | | | | |
| 31. WASHINGTON MUTUAL INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 32. BANK UNITED LITIGATION CONTINGENT PYMTS RTS SR | | None | J | T | | | | | |
| 33. LEGG MASON PTNRS AGG GRWTH (FORMERLY SMITH BARNEY) | | None | M | T | | | | | |
| 34. BANK UNITED CORP LITIGATION | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 06/15/2007  5/21/07 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CONTINGENT PYMTS RTS SR | | | | | | | | | |
| 35. WASHINGTON MUTUAL INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 36. LEGG MASON PTNRS AGG GROWTH CL B (FORMERLY SMITH BARNEY) | | None | J | T | | | | | |
| 37. NYS ENVIRONMENT FACS MUNI BOND | A | Interest | | | REDEEMED | 2/15 | J | A | |
| 38. NEW YORK ST DORM AUTH REV MUNI BOND | | None | J | T | | | | | |
| 39. RICHFIELD SPRINGS NY CENT SCH DIST MUNI BOND | A | Interest | K | T | | | | | |
| 40. NY STATE ENVIRONMENTAL FAC MUNI BOND | C | Interest | K | T | | | | | |
| 41. BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |
| 42. OLSTEIN FINANCIAL ALERT FUND - CLASS C | E | Dividend | O | T | | | | | |
| 43. LEGG MASON PTNRS HIGH INC FD CLASS B (FORMERLY SMITH BARNEY) | C | Dividend | K | T | | | | | |
| 44. LEGG MASON PTNRS LG CAP GROWTH FD (FORMERLY SMITH BARNEY) | | None | K | T | | | | | |
| 45. LEGG MASON PTNRS HIGH INC FD CLASS B (FORMERLY SMITH BARNEY) | B | Dividend | K | T | | | | | |
| 46. LEGG MASON PTNRS CAP PRES FUND CL B (FORMERLY SMITH BARNEY) | A | Dividend | K | T | | | | | |
| 47. NEW YORK STATE DORM ST JOHNS MUNI BOND | A | Interest | | | REDEEMED | 7/1 | J | A | |
| 48. PORT AUTH NY NJ 122ND SER AMT MUNI BOND | A | Interest | K | T | | | | | |
| 49. NYS DORM AUTH REVS RFDG LENOX | A | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | ~~06/15/2007~~ 5/21/07 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HILL HOSPITAL MUNI BOND | | | | | | | | | |
| 50. HAIN CELSTIAL GROUP | | None | K | T | | | | | |
| 51. FIRST HORIZON NATIONAL - COMMON STOCK | C | Dividend | L | T | | | | | |
| 52. LEGG MASON PTNRS CLASSIC VAL FD CL B (FORMERLY SMITH BARNEY) | C | Dividend | K | T | | | | | |
| 53. NYS URBAN DEVELOPMENT CORP MUNI BOND | A | Interest | | | REDEEMED | 1/1 | J | A | |
| 54. PUERTO RICO COMWLTH MBIA OID - MUNI BOND | A | Interest | | | REDEEMED | 7/1 | K | A | |
| 55. NEW YORK NY SER E MUNI BOND | A | Interest | | | REDEEMED | 8/1 | K | A | |
| 56. OLSTEIN FINANCIAL ALERT FUND CLASS C | E | Dividend | N | T | | | | | |
| 57. ANNALY MORTGAGE MGMT COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. LEGG MASON PTNRS CAP AND INC FD CL C (FORMERLY SMITH BARNEY) | E | Dividend | M | T | | | | | |
| 59. LEGG MASON PTNRS SOCIAL AWNS FD CL C (FORMERLY SMITH BARNEY) | C | Dividend | L | T | | | | | |
| 60. OLSTEIN FINANCIAL ALERT FUND CLASS C | C | Dividend | L | T | | | | | |
| 61. SB CAPITAL AND INCOME FUND SMITH BARNEY CL C | C | Dividend | K | T | | | | | |
| 62. NEW YORK NY SER F MUNI BOND | A | Interest | | | REDEEMED | 2/1 | K | A | |
| 63. NEW YORK ST DORM AU REV DEPT OF HLTH MUNI BOND | B | Interest | | | SOLD | 5/30 | K | A | |
| 64. NYC SER B GEN OBLIG MUNI BOND | A | Interest | K | T | | | | | |
| 65. NYS MTG AGY REV TWENTY NINTH | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 06/15/2007 5/21/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SER MUNI BOND | | | | | | | | | |
| 66. NEW YORK ST URB DEV CORP REV CORRECTL MUNI BOND | B | Interest | K | T | | | | | |
| 67. NEW YORK TIMES CLASS A STOCK (X) | A | Dividend | J | T | | | | | |
| 68. LEGG MASON PTNRS ADJ RATE INC FD (FORMERLY SMITH BARNEY) | A | Dividend | J | T | | | | | |
| 69. LEGG MASON PTNS APP FUND CL B (FORMERLY SMITH BARNEY) | D | Dividend | M | T | | | | | |
| 70. LEGG MASON PTNRS LG CAP GR FD (FORMERLY SMITH BARNEY) | | None | M | T | | | | | |
| 71. FIRST MARBLEHEAD CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 72. FIRST MARBLEHEAD CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 73. COMMERCE BANCORP INC NJ COMMON STOCK | A | Dividend | L | T | | | | | |
| 74. FIRST MARBLEHEAD CORP COMMON STOCK | A | Dividend | M | T | | | | | |
| 75. PULTE HOMES INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 76. THORNBURG MTG INC COMMON STOCK | D | Dividend | L | T | | | | | |
| 77. WHIRLPOOL CORP COMMON STOCK | A | Dividend | J | T | REC'D MERGER | 4/4 | J | A | |
| 78. WINDSTREAM CORP COMMON STOCK | A | Dividend | J | T | REC'D MERGER | 7/18 | J | A | |
| 79. NYC G/O FISCAL 1994 SER A MUNI BOND | | None | J | T | BUY | 8/16 | J | | |
| 80. NYC TRANSTL FIN AU FUTURE MUNI BOND | A | Interest | K | T | BUY | 8/16 | K | | |
| 81. TRUSTS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P 1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 06/15/2007 5/21/07 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82.  IRA A/C #1 | E | Int./Div. | N | T | | | | | |
| 83.  (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 84.  DIVIDENDS FROM DE GROUP FD & EMERGING MKT FUND) | | | | | | | | | |
| 85.  IRA A/C #2 | C | Int./Div. | L | T | | | | | |
| 86.  (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 87.  DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 88.  LIFE INTEREST IN INCOME OF ▓▓▓▓▓ TRUST # 1 | | | | | | | | | |
| 89.  VALUE OF TRUST HOLDINGS | F | Int./Div. | P1 | T | | | | | |
| 90.  IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 91.  COMMON STOCKS | | | | | | | | | |
| 92.  EXXON MOBIL | | | | | | | | | |
| 93.  GENERAL ELECTRIC | | | | | | | | | |
| 94.  BRISTOL MYERS | | | | | | | | | |
| 95.  VERIZON COMMUNICATIONS | | | | | | | | | |
| 96.  NORFOLK SOUTHERN CORP | | | | | | | | | |
| 97.  NORTHROP GRUMAN | | | | | | | | | |
| 98.  DOW CHEMICAL CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 06/13/2007  5/21/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. PLUM CREEK TIMBER CO | | | | | | | | | |
| 100. ZIMMER HOLDINGS INC | | | | | | | | | |
| 101. MASCO | | | | | | | | | |
| 102. U.S. BANCORP DEL COM | | | | | | | | | |
| 103. BANK OF AMERICA CORP | | | | | | | | | |
| 104. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 105. RPM INTERNATIONAL INC | | | | | | | | | |
| 106. ARCHER DANIELS MIDLAND CO | | | | | | | | | |
| 107. NESTLE SA (CHF) 1 | | | | | | | | | |
| 108. BOSTON SCIENTIFIC CORP | | | | | BUY | 2/28 | K | | |
| 109. | | | | | SOLD | 12/14 | K | | |
| 110. CS CREDIT SUISSE GROUP | | | | | BUY | 2/28 | K | | |
| 111. LIFE INTEREST IN INCOME OF ████ TRUST # 2 | | | | | | | | | |
| 112. VALUE OF TRUST HOLDINGS | E | Int./Div. | O | T | | | | | |
| 113. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 114. SB MONEY FUND | | | | | | | | | |
| 115. CITIBANK BANK NA BANK DEP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | .H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | ~~06/15/2007~~ 5/24/07 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| PROGRAM | | | | | | | | | |
| 116. COMMON STOCKS | | | | | | | | | |
| 117. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 118. KB HOME | | | | | | | | | |
| 119. WASHINGTON MUTUAL INC | | | | | | | | | |
| 120. FIRST MARBLEHEAD CORP | | | | | | | | | |
| 121. MUTUAL FUNDS | | | | | | | | | |
| 122. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 123. LEGG MASON PTNRS CAP AND INC FD CL C (FORMERLY SMITH BARNEY) | | | | | | | | | |
| 124. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |
| 125. 1414 AMERICAS CO ORIGINAL COST - $1,667 | A | PTSHP INC | J | R | | | | | |
| 126. UNDERHILL ASSOC - ORIGINAL COST $6,000 | B | PTSHP INC | J | R | | | | | |
| 127. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | A | PTSHP INC | J | R | | | | | |
| 128. FORESTBURG SULLIVAN - ORIGINAL COST $7,466 | A | PTSHP INC | J | R | | | | | |
| 129. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | PTSHP INC | J | R | | | | | |
| 130. BANK ACCOUNTS | | | | | | | | | |
| 131. CITIBANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 06/13/2007  5/21/07 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 132.  JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 133.  HUDSON CITY SAVINGS BANK | A | Interest | J | T | | | | | |
| 134.  CITIBANK N.A. BANK DEPOSIT PROGRAM | B | Interest | L | T | | | | | |
| 135.  CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 136.  CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000  Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | P4 =More than $50,000,000  S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 06/15/2007

5/21/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/21/07 ~~06/13/2007~~ |

## IX. CERTIFICATION.

     I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

     I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa_____           Date **X** 5/21/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SAND, LEONARD B.

ATTACHMENT TO FORM AO-10

2006

## VII. TRANSACTIONS

The undersigned has small minority interests as a limited partner in the limited partnerships listed in Part VII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Chairman Judicial Ethics Committee.